J. MARTIN WAGNER (Cal. Bar No. 190049)
Earthjustice
426 17th Street, 6th Floor
Oakland, CA 94612
Tel: (510) 550-6700
Fax: (510) 550-6740
*Counsel for Plaintiffs*

CHARLES R. SHOCKEY (D.C. Bar No. 914879)
U.S. Department of Justice
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Tel: (916) 930-2203
Fax: (916) 930-2210
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| OKINAWA DUGONG (Dugong Dugon), *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>DONALD H. RUMSFELD, *et al.*,<br><br>        Defendants. | Civil Action No. C-03-4350 (MHP)<br>Honorable Marilyn Hall Patel<br>Courtroom 15<br><br>**April 24, 2006**<br>**3:00 p.m.**<br><br>SECOND JOINT SUPPLEMENTAL STATUS REPORT AND ORDER [PROPOSED] |

Pursuant to the court's Civil Pretrial Minute Order entered on November 28, 2005, the parties file this Second Supplemental Joint Status Report and Proposed Order in advance of the status conference scheduled for Monday, April 24, 2006, at 3:00 p.m. The following developments have occurred since the court's November 28 minute order.

1. On December 15, 2005, the defendants filed a Notice of Production of Additional Documents (Doc. 61). As indicated in that Notice, the defendants on that date provided the plaintiffs with 249 documents regarding the Special Action Committee on Okinawa Final Report and with 271 additional documents regarding the 1997 Operational Requirements document.

2. In the Joint Supplemental Status Report filed on November 21, 2005 (Doc. 59), the defendants referred to an October 29, 2005 document entitled "Security Consultative

Committee Document, U.S.-Japan Alliance: Transformation and Realignment for the Future" (SCC Document), which the parties attached as Exhibit 1. The defendants advised the court and the plaintiffs that the SCC Document report contained interim findings and recommendations reflecting the views of senior officials of the two governments, but that no final decision had been reached. The defendants also advised that the SCC Document was subject to further review at least through March 2006, including further environmental, engineering, and operational review and coordination with local communities in Japan and Okinawa during the next several months.

3. To inform the court and the plaintiffs regarding the current status of negotiations between the United States Government and the Government of Japan (GOJ) concerning the SCC Document, the defendants provide the statement dated April 4, 2006, from Mr. John Hill, Director for Northeast Asia, Office of the Secretary of Defense (attached as Exhibit 1). As reflected in Mr. Hill's statement, the two governments have not reached a final agreement. The Government of Japan has continued to consult with local communities regarding the October 29 SCC plan. As Mr. Hill's statement notes, certain local Japanese officials have proposed changes to the proposed facility, but "[w]hether the GOJ will agree to any such adjustments remains to be seen. The U.S. Government (USG) is not a party to the consultations between the GOJ and the local communities, though we maintain contact with both sides."

4. Mr. Hill further notes that, "[h]aving missed the end of March deadline, the two governments hope to resolve open issues on all realignment initiatives and complete agreed implementation plans and schedules by the end of April or early May." The proposed relocation of the Futenma facility, however, "is one among many interrelated initiatives. The governments intend to announce implementation plans for all these initiatives as part of a single package."

5. In light of the additional delay that has developed in connection with the ongoing discussions between the USG and GOJ concerning a potential replacement facility for Futenma, the parties have conferred and agreed to postpone the issues of discovery and a schedule for potentially dispositive motions for approximately 60 days, with the expectation that the USG and GOJ discussions will be resolved by mid-June.

6. Accordingly, the parties jointly stipulate and request that the court postpone the scheduled April 24, 2006 status conference for approximately 60 days, until Monday, June 26, 2006 at 3:00 p.m., with a further joint status report due on Monday, June 19, 2006.

Respectfully submitted,

**Dated:** April 17, 2006  /s/ J. Martin Wagner
J. Martin Wagner (Cal. Bar No. 190049)
Earthjustice
426 17th Street, 6th Floor
Oakland, CA 94612
Tel: (510) 550-6700
Fax: (510) 550-6740
*Counsel for Plaintiffs*

**Dated:** April 17, 2006  /s/ Charles R. Shockey
Charles R. Shockey (D.C. Bar No. 914879)
U.S. Department of Justice
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Tel: (916) 930-2203
Fax: (916) 930-2210
*Counsel for Defendants*

This Second Supplemental Joint Status Report is hereby adopted by the Court. The status conference scheduled for April 24, 2006, is hereby rescheduled for June 26, 2006, at 3:00 p.m., and the parties are directed to file a joint status report by June 19, 2006.

SO ORDERED.

**Dated:** 5/1/06

**MARILYN HALL PATEL**
**UNITED STATES DISTRICT JUDGE**