J. MARTIN WAGNER (Cal. Bar No. 190049)
Earthjustice
426 17th Street, 6th Floor
Oakland, CA 94612
Tel: (510) 550-6700
Fax: (510) 550-6740

*Counsel for Plaintiffs*
Okinawa Dugong (Dugong dugon), Center for Biological Diversity, Turtle Island Restoration Network, Japan Environmental Lawyers Federation, Save The Dugong Foundation, Dugong Network Okinawa, Committee Against Heliport Construction, Save Life Society, Anna Koshiishi, Takuma Higashionna, and Yoshikazu Makishi

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| OKINAWA DUGONG (Dugong Dugon); CENTER FOR BIOLOGICAL DIVERSITY; TURTLE ISLAND RESTORATION NETWORK; JAPAN ENVIRONMENTAL LAWYERS FEDERATION; SAVE THE DUGONG FOUNDATION; DUGONG NETWORK OKINAWA; COMMITTEE AGAINST HELIPORT CONSTRUCTION, SAVE LIFE SOCIETY; ANNA KOSHIISHI; TAKUMA HIGASHIONNA; and YOSHIKAZU MAKISHI,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD H. RUMSFELD, in his official capacity as the Secretary of Defense; and U.S. Department of Defense,<br><br>Defendants. | Civil Action No. C-03-4350 (MHP)<br>Honorable Marilyn Hall Patel<br><br>STIPULATION AND ORDER TO AMEND COMPLAINT AND DESCRIPTION OF SCOPE OF DISCLOSURES<br><br>(National Historic Preservation Act, 16 U.S.C. §§ 470 *et seq.*) |

1. Pursuant to the Parties' agreement set forth in the Third Joint Supplemental Status Report, and in accordance with Federal Rule of Civil Procedure 15(a), Plaintiffs Okinawa Dugong (*Dugong dugon), et al.*, and Defendants Donald H. Rumsfeld, *et al.*, hereby agree and

STIPULATION TO AMEND COMPLAINT AND ORDER [PROPOSED],   No. C-03-4350-MHP           -1-

1  stipulate to request that the Court grant Plaintiffs leave to file the attached Second Amended
2  Complaint.
3  　　　　2.　　The Parties further agree and stipulate to request that the Court adopt the
4  following description of the disclosure to be provided by Defendants:  The Department of
5  Defense will compile and provide to Plaintiffs by August 25, 2006, those additional documents
6  generated on or after February 19, 2005 (the date of Security Consultative Council (SCC)
7  meeting referred to in the October 29, 2005 SCC report) and May 1, 2006, that were used by or
8  were available for use by DOD in the formulation of DOD positions related to the negotiation of
9  the FRF-siting and/or construction language contained in the Interim Report and the Roadmap.
10 　　　　Respectfully submitted, this 17th day of July, 2006.

**Dated:** July 17, 2006　　　　　　　　　　 /s/ J. Martin Wagner
　　　　　　　　　　　　　　　　　　　J. Martin Wagner (Cal. Bar No. 190049)
　　　　　　　　　　　　　　　　　　　Earthjustice
　　　　　　　　　　　　　　　　　　　426 17th Street, 6th Floor
　　　　　　　　　　　　　　　　　　　Oakland, CA 94612
　　　　　　　　　　　　　　　　　　　Tel: (510) 550-6700
　　　　　　　　　　　　　　　　　　　Fax: (510) 550-6740
　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*


**Dated:** July 17, 2006　　　　　　　　　　 /s/ Charles R. Shockey
　　　　　　　　　　　　　　　　　　　Charles R. Shockey (D.C. Bar No. 914879)
　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　501 "I" Street, Suite 9-700
　　　　　　　　　　　　　　　　　　　Sacramento, CA 95814-2322
　　　　　　　　　　　　　　　　　　　Tel: (916) 930-2203
　　　　　　　　　　　　　　　　　　　Fax: (916) 930-2210
　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*

The Court hereby adopts this Stipulation and Order to Amend Complaint and Describe Disclosures, and the parties are directed to comply with this Order.  The Court further grants Plaintiffs leave to file the attached Second Amended Complaint.

Dated:  7/18/2006                      _____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

STIPULATION TO AMEND COMPLAINT AND ORDER [PROPOSED],  No. C-03-4350-MHP                -2-