J. MARTIN WAGNER (Cal. Bar No. 190049)
Earthjustice
426 17th Street, 6th Floor
Oakland, CA  94612
Tel: (510) 550-6700
Fax: (510) 550-6740

*Counsel for Plaintiffs*
Okinawa Dugong (Dugong dugon), Center for Biological Diversity, Turtle Island Restoration Network, Japan Environmental Lawyers Federation, Save The Dugong Foundation, Dugong Network Okinawa, Committee Against Heliport Construction, Save Life Society, Anna Koshiishi, Takuma Higashionna, and Yoshikazu Makishi

CHARLES R. SHOCKEY (D.C. Bar No. 914879)
U.S. Department of Justice
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Tel: (916) 930-2203
Fax: (916) 930-2210
*Counsel for Defendants Donald H. Rumsfeld, et al.*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| OKINAWA DUGONG (Dugong Dugon); CENTER FOR BIOLOGICAL DIVERSITY; TURTLE ISLAND RESTORATION NETWORK; JAPAN ENVIRONMENTAL LAWYERS FEDERATION; SAVE THE DUGONG FOUNDATION; DUGONG NETWORK OKINAWA; COMMITTEE AGAINST HELIPORT CONSTRUCTION, SAVE LIFE SOCIETY; ANNA KOSHIISHI; TAKUMA HIGASHIONNA; and YOSHIKAZU MAKISHI, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD H. RUMSFELD, in his official capacity as the Secretary of Defense; and U.S. Department of Defense, <br><br> Defendants. | Civil Action No. C-03-4350 (MHP) <br> Honorable Marilyn Hall Patel <br><br> STIPULATION REGARDING DOCUMENT PRODUCTION <br><br> (National Historic Preservation Act, 16 U.S.C. §§ 470 *et seq.*) |

1. Plaintiffs Okinawa Dugong (*Dugong dugon), et al*., and Defendants Donald H. Rumsfeld, *et al*., hereby agree and stipulate to further modify the schedule for the production of documents referred to in the court's Order entered on July 18, 2006, regarding the Stipulation to Amend Complaint. In that earlier stipulation, the defendants had agreed to provide additional documents to the plaintiffs by August 25, 2006, regarding the May 1, 2006 "Roadmap" for the construction of a replacement facility for the Marine Corps Air Station Futenma.

2. On August 11, 2006, the defendants filed a notice to advise the court and the plaintiffs regarding a one-month delay in the production of those documents until September 25, 2006.

3. On September 21, 2006, counsel for the defendants informed counsel for the plaintiffs that additional time beyond September 25 would be required for the defendants to produce the documents, in light of concerns that the Department of Defense had identified regarding the need to insure appropriate protection of certain privileged documents. On September 25, counsel for the parties conferred by telephone to discuss the situation. The plaintiffs expressed their concern over the delays in production of the documents, while the defendants explained the need for additional time.

4. The parties have agreed to work together to reach an expeditious resolution of the document production matter and to file a further report with the Court by Tuesday, October 3, 2006. If the parties have not reached agreement by that date, one or both parties may request a status conference to request the court's assistance in completing the document production and moving forward with the litigation.

Respectfully submitted,

**Dated:** September 25, 2006
/s/ J. Martin Wagner
J. Martin Wagner (Cal. Bar No. 190049)
Earthjustice
426 17th Street, 6th Floor
Oakland, CA 94612
Tel: (510) 550-6700
Fax: (510) 550-6740
*Counsel for Plaintiffs*

1
2
3
    **Dated:** September 25, 2006    /s/ Charles R. Shockey
4                                              Charles R. Shockey (D.C. Bar No. 914879)
5                                              U.S. Department of Justice
                                                 501 "I" Street, Suite 9-700
6                                              Sacramento, CA 95814-2322
                                                 Tel: (916) 930-2203
7                                              Fax: (916) 930-2210
8                                              *Counsel for Defendants*
9
10
11
12                                   9/26/2006
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED /s/ Judge Marilyn H. Patel