J. MARTIN WAGNER (Cal. Bar No. 190049)
Earthjustice
426 17th Street, 6th Floor
Oakland, CA  94612
Tel: (510) 550-6700
Fax: (510) 550-6740

*Counsel for Plaintiffs*
Okinawa Dugong (Dugong dugon), Center for Biological Diversity, Turtle Island Restoration Network, Japan Environmental Lawyers Federation, Save The Dugong Foundation, Dugong Network Okinawa, Committee Against Heliport Construction, Save Life Society, Anna Koshiishi, Takuma Higashionna, and Yoshikazu Makishi

CHARLES R. SHOCKEY (D.C. Bar No. 914879)
U.S. Department of Justice
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Tel: (916) 930-2203
Fax: (916) 930-2210
*Counsel for Defendants Donald H. Rumsfeld, et al.*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| OKINAWA DUGONG (Dugong Dugon); CENTER FOR BIOLOGICAL DIVERSITY; TURTLE ISLAND RESTORATION NETWORK; JAPAN ENVIRONMENTAL LAWYERS FEDERATION; SAVE THE DUGONG FOUNDATION; DUGONG NETWORK OKINAWA; COMMITTEE AGAINST HELIPORT CONSTRUCTION, SAVE LIFE SOCIETY; ANNA KOSHIISHI; TAKUMA HIGASHIONNA; and YOSHIKAZU MAKISHI,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD H. RUMSFELD, in his official capacity as the Secretary of Defense; and U.S. Department of Defense,<br><br>Defendants. | Civil Action No. C-03-4350 (MHP)<br>Honorable Marilyn Hall Patel<br><br>FURTHER STIPULATION REGARDING DOCUMENT PRODUCTION and ORDER [proposed]<br><br>(National Historic Preservation Act, 16 U.S.C. §§ 470 *et seq.*) |

1. Plaintiffs Okinawa Dugong (*Dugong dugon*), et al., and Defendants Donald H. Rumsfeld, *et al.*, hereby agree and stipulate to further modify the schedule for the production of documents referred to in the court's Order entered on July 18, 2006, regarding the Stipulation to Amend Complaint.  In that earlier stipulation, the defendants had agreed to provide additional documents to the plaintiffs by August 25, 2006, regarding the May 1, 2006 "Roadmap" for the construction of a replacement facility for the Marine Corps Air Station Futenma.

2. On August 11, 2006, the defendants filed a notice to advise the court and the plaintiffs regarding a one-month delay in the production of those documents until September 25, 2006.

3. On September 21, 2006, counsel for the defendants informed counsel for the plaintiffs that additional time beyond September 25 would be required for the defendants to produce the documents, in light of concerns that the Department of Defense had identified regarding the need to insure appropriate protection of certain privileged documents.

4. On September 25, counsel for the parties conferred by telephone to discuss the situation.  The plaintiffs expressed their concern over the delays in production of the documents, while the defendants explained the need for additional time.  The parties then filed a joint stipulation advising the court that they would attempt to reach an agreement regarding document production and file a further report by October 3, 2006.  The court approved that stipulation on September 26, 2006.

5. The defendants' counsel has been advised by Department of Defense officials in Japan that they now expect to have all of the responsive documents compiled, indexed, and ready for transmission from Japan no later than October 13, 2006.  Because shipment of the documents to the continental United States requires several days, the defendants commit to making every effort to deliver the documents to plaintiffs' counsel by Wednesday, October 18, 2006.

6. If, due to unexpected events, the government should prove unable to produce the documents to the plaintiffs by that date, either party may request a status conference at the earliest opportunity to request the court's assistance in insuring production of the documents.

Respectfully submitted,

**Dated:** September 28, 2006        /s/ J. Martin Wagner
J. Martin Wagner (Cal. Bar No. 190049)
Earthjustice
426 17th Street, 6th Floor
Oakland, CA 94612
Tel: (510) 550-6700
Fax: (510) 550-6740
*Counsel for Plaintiffs*

**Dated:** September 28, 2006        /s/ Charles R. Shockey
Charles R. Shockey (D.C. Bar No. 914879)
U.S. Department of Justice
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Tel: (916) 930-2203
Fax: (916) 930-2210
*Counsel for Defendants*

**ORDER**

The court hereby adopts this Further Stipulation and Order Regarding Document Production, and Defendants are directed to produce to the Plaintiffs by October 18, 2006, the documents referred to in the court's Order entered on July 18, 2006.

Dated: 10/2/2006

HON. MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel