J. MARTIN WAGNER (Cal. Bar No. 190049)
Earthjustice
426 17th Street, 6th Floor
Oakland, CA  94612
Tel: (510) 550-6700
Fax: (510) 550-6740

*Counsel for Plaintiffs*
Okinawa Dugong (Dugong dugon), Center for Biological Diversity, Turtle Island Restoration Network, Japan Environmental Lawyers Federation, Save The Dugong Foundation, Dugong Network Okinawa, Committee Against Heliport Construction, Save Life Society, Anna Koshiishi, Takuma Higashionna, and Yoshikazu Makishi

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| OKINAWA DUGONG (Dugong Dugon); CENTER FOR BIOLOGICAL DIVERSITY; TURTLE ISLAND RESTORATION NETWORK; JAPAN ENVIRONMENTAL LAWYERS FEDERATION; SAVE THE DUGONG FOUNDATION; DUGONG NETWORK OKINAWA; COMMITTEE AGAINST HELIPORT CONSTRUCTION, SAVE LIFE SOCIETY; ANNA KOSHIISHI; TAKUMA HIGASHIONNA; and YOSHIKAZU MAKISHI,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD H. RUMSFELD, in his official capacity as the Secretary of Defense; and U.S. Department of Defense,<br><br>Defendants. | Civil Action No. C-03-4350 (MHP)<br>Honorable Marilyn Hall Patel<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO RESCHEDULE THE NOVEMBER 27, 2006 STATUS CONFERENCE AND EXTEND DEADLINE FOR FILING A JOINT SUPPLEMENTAL STATUS REPORT<br><br>(National Historic Preservation Act, 16 U.S.C. §§ 470 *et seq.*) |

1.      Plaintiffs Okinawa Dugong (*Dugong dugon*), *et al.,* and Defendants Donald H. Rumsfeld, *et al.,* hereby stipulate and request that the court postpone the scheduled November 27, 2006 status conference and filing of a further joint status report for approximately 60 days, to

THIRD JOINT SUPPLEMENTAL STATUS REPORT AND ORDER [PROPOSED],   No. C-03-4350-MHP     -1-

provide adequate time for Plaintiffs to review the documents produced by Defendants on October 25, 2006, two months after the originally agreed upon production date of August 25, 2006.

    2.    In their Third Joint Supplemental Status Report and Proposed Order, filed on June 19, 2006, the parties agreed that Defendants would provide additional documents to Plaintiffs by August 25, 2006, regarding the May 1, 2006 "Roadmap" for the construction of a replacement facility for the Marine Corps Air Station Futenma. The parties also agree to confer within 60 days of Plaintiffs' receipt of those documents as to whether additional discovery would be appropriate in this case or, if not, to agree to a schedule on dispositive motions, and to file an additional status report and proposed order. Based on the August 25, 2006 date agreed upon for the production of documents, on June 23, 2006, the court scheduled the status conference in this matter for November 27, 2006, at 3:00 p.m., and required the joint supplemental status report to be filed one week prior to the conference, on November 20, 2006.

    3.    On August 11, 2006, Defendants provided notice to the court and to Plaintiffs that, due to delays in locating, compiling, assembling, and organizing all of the documents to be produced on August 25, 2006, Defendants would require an additional month, until September 25, 2006, to provide those documents to Plaintiffs.

    4.    On September 21, 2006, counsel for the defendants informed counsel for the plaintiffs that additional time beyond September 25, 2006 would be required for Defendants to produce the documents, in light of concerns that the Department of Defense had identified regarding the need to insure appropriate protection of certain privileged documents. On September 25, counsel for the parties conferred by telephone to discuss the situation. Plaintiffs expressed their concern over the delays in production of the documents, while Defendants explained the need for additional time. The parties then filed a joint stipulation advising the court that they would attempt to reach an agreement regarding document production and file a further report by October 3, 2006. The court approved this stipulation on September 26, 2006.

    5.    On September 28, 2006, the parties filed a further stipulation regarding document production, identifying October 13, 2006 as the date by which Defendants proposed to have all

1  of the responsive documents compiled, indexed, and ready for transmission from Japan, and
2  stipulating delivery of the documents to plaintiffs' counsel by Wednesday, October 18, 2006.
3  The court entered an order approving the stipulation on October 3, 2006.

4       6.    On October 25, 2006, plaintiffs' counsel received the responsive documents from
5  Defendants.  Because of the two months delay from the August 25, 2006 production date,
6  Plaintiffs do not have sufficient time to review the documents to determine whether additional
7  discovery is appropriate in this case or, if not, to agree to a schedule on dispositive motions, and
8  to file an additional status report and proposed order one week prior to the November 27, 2006
9  status conference.

10       7.    Accordingly, the parties jointly stipulate and request that the court postpone the
11  scheduled November 27, 2006 status conference for approximately 60 days, until Monday,
12  January 29, 2007, at 3:00 p.m., with a further joint status report due one week prior to the status
13  conference, on Monday, January 22, 2007.

14       Respectfully submitted, this 8th day of November, 2006.

**Dated:** November 8, 2006       _____/s/_____
J. Martin Wagner (Cal. Bar No. 190049)
Earthjustice
426 17th Street, 6th Floor
Oakland, CA 94612
Tel: (510) 550-6700
Fax: (510) 550-6740
*Counsel for Plaintiffs*

**Dated:** November 8, 2006       _____/s/_____
Charles R. Shockey (D.C. Bar No. 914879)
U.S. Department of Justice
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Tel: (916) 930-2203
Fax: (916) 930-2210
*Counsel for Defendants*

**ORDER**

The status conference scheduled for November 27, 2006, is hereby rescheduled for Monday, January 29, 2007, at 3:00 p.m., and the parties are directed to file a joint status report by Monday, January 22, 2007.

Dated: Jan. 11, 2007

MARILYN HALL PATEL

UNITED STATES DISTRICT JUDGE