J. MARTIN WAGNER (Cal. Bar No. 190049)
Earthjustice
426 17th Street, 6th Floor
Oakland, CA 94612
Tel: (510) 550-6700
Fax: (510) 550-6740

*Counsel for Plaintiffs*
Okinawa Dugong (Dugong dugon), Center for Biological Diversity, Turtle Island Restoration Network, Japan Environmental Lawyers Federation, Save The Dugong Foundation, Dugong Network Okinawa, Committee Against Heliport Construction, Save Life Society, Anna Koshiishi, Takuma Higashionna, and Yoshikazu Makishi

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| OKINAWA DUGONG (Dugong Dugon); CENTER FOR BIOLOGICAL DIVERSITY; TURTLE ISLAND RESTORATION NETWORK; JAPAN ENVIRONMENTAL LAWYERS FEDERATION; SAVE THE DUGONG FOUNDATION; DUGONG NETWORK OKINAWA; COMMITTEE AGAINST HELIPORT CONSTRUCTION, SAVE LIFE SOCIETY; ANNA KOSHIISHI; TAKUMA HIGASHIONNA; and YOSHIKAZU MAKISHI, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD H. RUMSFELD, in his official capacity as the Secretary of Defense; and U.S. Department of Defense, <br><br> Defendants. | Civil Action No. C-03-4350 (MHP) <br> Honorable Marilyn Hall Patel <br><br> **January 29, 2007** <br> **3:00 P.M.** <br><br> FOURTH JOINT SUPPLEMENTAL STATUS REPORT AND ~~PROPOSED~~ ORDER <br><br> (National Historic Preservation Act, 16 U.S.C. §§ 470 *et seq.*) |

1. Pursuant to the Court's January 12, 2007 Order, the parties file this Fourth Supplemental Joint Status Report and Proposed Order in advance of the status conference scheduled for January 29, 2007 at 3:00 p.m. In light of the status of documentary disclosures

described in this report and the parties' agreement as to how to proceed with further exchange of information, the parties agree that a joint status conference at this time would be premature. The parties therefore propose postponing the conference until April 16, 2007.

    2.    In their Third Joint Supplemental Status Report and Proposed Order, filed on June 19, 2006, the parties agreed that Defendants would provide additional documents to Plaintiffs by August 25, 2006, regarding the May 1, 2006 "Roadmap" for the construction of a replacement facility for the Marine Corps Air Station Futenma. The parties also agreed to confer within 60 days of Plaintiffs' receipt of those documents as to whether additional discovery would be appropriate in this case or, if not, to agree to a schedule on dispositive motions, and to file an additional status report and proposed order. Based on the August 25, 2006 date agreed upon for the production of documents, on June 23, 2006, the court scheduled the status conference in this matter for November 27, 2006, at 3:00 p.m., and required the joint supplemental status report to be filed one week prior to the conference, on November 20, 2006.

    3.    Due to due to delays in locating, compiling, assembling, and organizing all of the documents to be produced on August 25, 2006, and pursuant to a series of stipulations agreed to by the parties and approved by the Court, delivery of the documents to plaintiffs' counsel was postponed until October 18, 2006.

    4.    On October 25, 2006, plaintiffs' counsel received the responsive documents from Defendants. Because of the two months delay from the August 25, 2006 production date, the parties jointly stipulated and requested that the court postpone the scheduled November 27, 2006 status conference until Monday, January 29, 2007, at 3:00 p.m., with a further joint status report due one week prior to the status conference, on Monday, January 22, 2007. On January 12, 2007, the Court so Ordered. On January 22, 2007, the Court rescheduled the status conference for February 5, 2007

    5.    On January 16, 2007, plaintiff's counsel received a second installment of responsive documents from Defendants.

    6.    On January 18, 2007, counsel for the parties conferred by telephone to discuss whether additional discovery is appropriate in this case. Plaintiffs indicated that they would need

time to review the second set of documents before being able to make a definitive assessment of the need for further discovery. Plaintiffs also indicated that, depending on the content of the second set of documents, they would likely need a limited amount of further information to be able to file a dispositive motion. Defendants indicated a willingness to pursue further information exchange with the goal of progressing towards the filing of dispositive motions. Accordingly, the parties agree as follows:

7. Plaintiffs agree to review the second set of documents received on January 16, 2007, and to provide Defendants with specific requests for further information and admissions by February 5, 2007.

8. By February 12, Defendants will indicate whether they are willing to respond to the requests. By March 12, Defendants will respond to Plaintiffs' requests for additional information and/or admissions.

9. By April 9, the parties will agree to a process for conducting additional discovery or to a schedule for the filing of dispositive motions, and will file an additional status report and proposed order reflecting that agreement.

10. The parties agree that in light of the status of documentary disclosures and the parties' agreement as to how to proceed with further exchange of information, a joint status conference at this time would be premature. The parties therefore propose postponing the status conference until April 16, 2007.

11. Due to the Court's unavailability, the status conference previously set for January 29, 2007 has been rescheduled for February 5, 2007 at 3:00 p.m. As indicated above, the parties agree that a status conference will not be necessary until further information exchange has taken place. However, should the Court wish to hold a status conference at this time, the parties jointly request that the status conference be rescheduled for February 12, 2007, to accommodate a conflict in plaintiffs' counsel's schedule.

Respectfully submitted, this 22nd day of January, 2007.

**Dated:** January 22, 2007          _____/s/_____
J. Martin Wagner (Cal. Bar No. 190049)
Earthjustice
426 17th Street, 6th Floor
Oakland, CA 94612
Tel: (510) 550-6700
Fax: (510) 550-6740
*Counsel for Plaintiffs*

**Dated:** January 22, 2007          _____/s/_____
Charles R. Shockey (D.C. Bar No. 914879)
U.S. Department of Justice
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Tel: (916) 930-2203
Fax: (916) 930-2210
*Counsel for Defendants*

### **ORDER**

The Court hereby adopts this Fourth Joint Supplemental Status Report, and the parties are directed to comply with this Order.

Dated: __Jan. 31, 2007__          _____
MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE