CHARLES R. SHOCKEY (D.C. Bar No. 914879)
U.S. Department of Justice
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Tel: (916) 930-2203
Fax: (916) 930-2210
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| OKINAWA DUGONG (Dugong Dugon); et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT GATES, in his official capacity as the Secretary of Defense; and U.S. Department of Defense, <br><br> Defendants. | Civil Action No. C-03-4350 (MHP) <br> Honorable Marilyn Hall Patel <br><br> JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE AND ORDER <br> [PROPOSED] <br><br> (National Historic Preservation Act, 16 U.S.C. §§ 470 *et seq.*) |

1.  On April 16, 2007, the court issued a minute order that approved the parties' joint stipulation and adopted a briefing schedule on cross-motions for summary judgment. Pursuant to that schedule, the plaintiffs timely filed the opening summary judgment motion on May 18, 2007.

2.  The defendants have requested a one-week extension of the remaining dates in the briefing schedule in order to accommodate certain conflicts in defendants' counsel's schedule.

3.  The parties have agreed to request the court's approval of a one-week extension in the remaining briefing dates, which will result in the following, modified schedule:

4.  Defendants will file their response and cross-motion by June 29, 2007.

5. Plaintiffs will file their response and reply by August 3, 2007, reserving the right to request an additional one-week extension, if necessary.

6. Defendants will file their final reply by August 24, 2007.

7. The hearing on the cross-motions for summary judgment will remain scheduled for Monday, September 10, 2007, unless the Court directs otherwise.

Respectfully submitted, this 31st day of May, 2007.

**Dated:** May 31, 2007
/s/ J. Martin Wagner
J. Martin Wagner (Cal. Bar No. 190049)
Sarah H. Burt
Earthjustice
426 17th Street, 6th Floor
Oakland, CA 94612
Tel: (510) 550-6700
Fax: (510) 550-6740
*Counsel for Plaintiffs*

**Dated:** May 31, 2007
/s/ Charles R. Shockey
Charles R. Shockey (D.C. Bar No. 914879)
U.S. Department of Justice
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Tel: (916) 930-2203
Fax: (916) 930-2210
*Counsel for Defendants*

**ORDER**

The Court hereby approves and adopts the parties' Joint Stipulation to modify the briefing schedule, and the parties are directed to comply with the dates in this Order for the submission of the remaining briefs, as set forth above.

Dated: 6/1/2007

_____
MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*United States District Court, Northern District of California*