RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

CHARLES R. SHOCKEY, Attorney
  (D.C. Bar No. 914879)
Natural Resources Section
Sacramento Field Office
Environment and Natural Resources Division
United States Department of Justice
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone:     (916) 930-2203
Facsimile:     (916) 930-2210
Email:         charles.shockey@usdoj.gov

Attorneys for Defendants Robert M. Gates, *et al.*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> Plaintiffs, <br> v. <br> ROBERT M. GATES, Secretary of Defense, *et al.* <br><br> Defendants. | Civil Action No.  C-03-4350 MHP <br><br> JOINT STIPULATION TO RESCHEDULE STATUS CONFERENCE AND ORDER [PROPOSED] |

On July 25, 2008, the court issued a Clerk's Notice Scheduling Status Conference, notifying the parties that the court would hold a status conference on Monday, September 29, 2008, at 3:00 p.m.  The court also directed the parties to file a Joint Status Report not later than 10 days before the status conference.

Counsel for the defendants is not available on September 29, 2008.  The parties have conferred  and agreed to request a one-week continuance until Monday, October 6, 2008.  Accordingly, the parties hereby stipulate and jointly request that the court reschedule the status

conference for Monday, October 6, 2008, at 3:00 p.m., with the Joint Status Report to be filed not later than 10 days before that date. A proposed order is attached for the court's consideration.

Respectfully submitted on July 28, 2008.

/s/ Charles R. Shockey                    /s/ Sarah H. Burt

CHARLES R. SHOCKEY, Attorney              J. MARTIN WAGNER, CSB No. 100049
D.C. Bar # 914879                         SARAH H. BURT, CSB No. 250378
Natural Resources Section                 Earthjustice
Sacramento Field Office                   426 17th Street, 6th Floor
Environment and Natural Resources Division Oakland, CA 94612
United States Department of Justice       Telephone: (510) 550-6700
501 "I" Street, Suite 9-700               Facsimile: (510) 550-6740
Sacramento, California 95814-2322         Counsel for Plaintiffs
Telephone:   (916) 930-2203
Facsimile:   (916) 930-2210
Attorneys for Defendants

## ORDER

_____The Court here approves and adopts the parties' joint stipulation to reschedule the status conference for Monday, October 6, 2008, at 3:00 p.m. before the Honorable Marilyn Hall Patel, Courtroom 15, 450 Golden Gate Avenue, 18th Floor, San Francisco, California. A Joint Status Report shall be filed not later than 10 days prior to the conference.

DATED: __7/30/2008_____

IT IS SO ORDERED
Judge Marilyn H. Patel