JOHN C. CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Division

CHARLES R. SHOCKEY, Attorney
  (D.C. Bar No. 914879)
Natural Resources Section
Sacramento Field Office
Environment and Natural Resources Division
United States Department of Justice
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone:     (916) 930-2203
Facsimile:      (916) 930-2210
Email:          charles.shockey@usdoj.gov

Attorneys for Defendants Robert M. Gates, *et al.*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>　　　　　Plaintiffs,<br>　　v.<br>ROBERT M. GATES, Secretary of Defense, *et al.*<br>　　　　　Defendants. | Civil Action No. C-03-4350 MHP<br><br>DEFENDANTS' NOTICE REGARDING JAPAN'S RELEASE OF DRAFT ENVIRONMENTAL IMPACT STATEMENT |

Defendants Robert M. Gates, Secretary of Defense, *et al.*, file this notice to inform the court regarding the publication by the Government of Japan (GOJ) of the Draft Environmental Impact Statement (EIS) for the Futenma Relocation Facility (FRF). The defendants previously had advised the court that the GOJ was expected to complete the Draft EIS in or around March 2009. Doc. 136, Transcript of Proceedings at 6 (December 8, 2008 Status Conference). The GOJ recently announced that it has completed the Draft EIS. The GOJ also announced that it would make the Draft EIS available on a public website maintained by the GOJ Ministry of Defense. The website is:

　　　http://www.mod.go.jp/rdb/okinawa/kakubu/03tyoutatubu/junbisyo/junbisyo.html

1   The Ministry of Defense also issued a short, two-page Errata sheet with technical
2   corrections to the Draft EIS.  The Errata sheet can be found at:
3       http://www.mod.go.jp/rdb/okinawa.
4   In addition, the GOJ has made paper copies of the Draft EIS available for public inspection at
5   several locations in the Prefecture of Okinawa.  The Draft EIS document is available only in the
6   Japanese language; there is no English language translation of the document available.
7       The defendants will continue to inform the court and the plaintiffs regarding any
8   significant developments that occur with respect to the FRF project.  In light of the release and
9   publication of the Draft EIS, the defendants respectfully renew their request for entry of a final
10  remand order to provide the court's decision regarding the manner in which the defendants must
11  comply with the "take into account" requirement of section 402 of the National Historic
12  Preservation Act, 16 U.S.C. § 470a-2.
13      Respectfully submitted on April 20, 2009.

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Division

*/s/ Charles R. Shockey*

CHARLES R. SHOCKEY, Attorney
D.C. Bar # 914879
Natural Resources Section
Sacramento Field Office
Environment and Natural Resources Division
United States Department of Justice
501 "I" Street, Suite 9-700
Sacramento, California 95814-2322
Telephone:   (916) 930-2203
Facsimile:    (916) 930-2210
Email:          charles.shockey@usdoj.gov

Attorneys for Defendants