UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY, et al.,

    Plaintiff(s),

vs.

ROBERT M. GATES, Secretary of Defense, et al.,

    Defendant(s).

No. C 03-4350 MHP

**ORDER RE STATUS**

    This order is entered to determine the status of this action. The last two documents filed reflect that a draft EIR had been completed. A copy was attached to the filing, albeit in Japanese without a translation, so, therefore, it was not of much use to the court. The follow-up inquiry of the court is: has a final EIR been completed? If so, please submit a copy with a translation; if not, when is it anticipated that a final report will be completed and available?

    The second inquiry relates to the Agreement between the Governments of Japan and the United States dated February 17, 2009. It was represented in the accompanying notice that the Agreement was being submitted for ratification to the Diet of the Government of Japan and then to the United States Congress. The question with respect to the Agreement is: what is the status of the Agreement? Also, what effect will this Agreement have on the implementation of the Futenma Replacement Facility? Will that Facility go forward as originally anticipated?

    The parties shall prepare a Joint Case Management Statement addressing the above questions and the nature of the future proceedings in this action. The Joint Statement shall be submitted on or

before August 25, 2011. If a further Case Management Conference is required, the Courtroom Deputy will schedule an in-court or phone conference.

    IT IS SO ORDERED.

Date: August 11, 2011

_____
MARILYN HALL PATEL
United States District Court Judge
Northern District of California

2