IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Civil Action No. 3:03-cv-4350 (EMC) |
| Plaintiffs, | |
| v. | JOINT STATUS REPORT AND STIPULATED SCHEDULING ORDER |
| CHUCK HAGEL, Secretary of Defense, et al. | |
| Defendants. | |

WHEREAS, on April 14, 2014, defendants notified the Court of their having completed "U.S. Marine Corps Recommended Findings" under Section 402 of the National Historic Preservation Act ("NHPA"), 16 U.S.C. § 470a-2, and an "ACTION MEMO" by Major General Juan Ayala, Assistant Deputy Commandant, I&L (Facilities) of the United States Marine Corps, signed and approved by Donald R. Schregardus, Deputy Assistant Secretary of the Navy (Environment) (ECF No. 151);

WHEREAS, in that Notice, defendants stated that "[t]he parties will meet and confer as to what if any additional proceedings in this matter are necessary and will report their conclusions, by way of a Joint Status Report, when a new Judge has been assigned to the case";

WHEREAS, by Order dated August 5, 2014, the Court assigned Judge Hon. Edward M. Chen for all further proceedings in the case (ECF No. 154);

WHEREAS On July 31, 2014, plaintiffs filed a NOTICE OF MOTION and MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL COMPLAINT (ECF No. 152);

WHEREAS the parties have conferred and reached an amicable agreement on a schedule that will, if approved by the Court, govern the next steps in the litigation;

NOW, THEREFORE, the parties agree as follows, and respectfully request that the Court sign and enter this Stipulated Scheduling Order as an Order of the Court:

1. Defendants will not oppose plaintiffs' July 31, 2014, Motion For Leave To File First Supplemental Complaint (ECF No. 152) which may be, and hereby is, GRANTED;

2. Defendants shall have forty-five (45) days from the date of entry of this order to file an Answer to, or otherwise respond to, Plaintiffs' First Supplemental Complaint;

3. In the event defendants respond to Plaintiffs' First Supplemental Complaint by filing a motion to dismiss that complaint, in whole or in part:

    a. Plaintiffs shall have twenty-one (21) days to file a memorandum in opposition to defendants' motion to dismiss;

    b. Defendants shall have fourteen (14) days to file a memorandum in reply to plaintiffs' opposition;

    c. In the event the Court denies defendants' motion to dismiss, in whole or in part, defendants shall lodge with the Court the administrative record of the decisions challenged by Plaintiffs' First Supplemental Complaint within forty-five (45) days of the entry of the Court's Order denying the motion to dismiss;

4. In the event defendants file an Answer to Plaintiffs' First Supplemental Complaint, rather than a motion to dismiss, defendants shall lodge with the Court the administrative record of the decisions challenged by Plaintiffs' First Supplemental Complaint within forty-five (45) days of filing their Answer.

5. In computing time periods under this Stipulated Scheduling Order, whenever the event that triggers a deadline is a filing through the Court's ECF system, Fed.R.Civ.P. 6(d) shall not apply.

Dated: August 7, 2014

Respectfully submitted,

SAM HIRSCH
Acting Assistant Attorney General

/s/ Peter Kryn Dykema
PETER KRYN DYKEMA (D.C. Bar # 419349)
Trial Attorney, U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-0436
Facsimile: (202) 305-0506
Peter.dykema@usdoj.gov

*Attorneys for Defendants Chuck Hagel, et al.*

/s/ J. Martin Wagner
J. MARTIN WAGNER (Cal. Bar No. 190049)
SARAH H. BURT (Cal. Bar No. 250378)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Tel: (415) 217-2000
Fax: (415) 217-2040
mwagner@earthjustice.org

*Counsel for Plaintiffs Center for Biological Diversity, Turtle Island Restoration Network, Japan Environmental Lawyers Federation, Save The Dugong Foundation, Anna Shimabukuro, Takuma Higashionna, and Yoshikazu Makishi*

SO ORDERED, this ___8th___ day of _____August_____, 2014

_____
United States District Judge Hon. Edward M. Chen

*IT IS SO ORDERED*
*Judge Edward M. Chen*