J. MARTIN WAGNER (Cal. Bar No. 190049)
SARAH H. BURT (Cal. Bar No. 250378)
Earthjustice
50 California Street, Suite 500
San Francisco, CA  94111
Tel: (415) 217-2000
Fax: (415) 217-2040
mwagner@earthjustice.org
sburt@earthjustice.org
*Attorneys for Plaintiffs*

SAM HIRSCH
Acting Assistant Attorney General
PETER KRYN DYKEMA (D.C. Bar # 419349)
Trial Attorney, U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-0436
Fax: (202) 305-0506
peter.dykema@usdoj.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br>         v. ) <br> ) <br> CHUCK HAGEL, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 3:03-cv-4350 (EMC) <br><br> **STIPULATED MODIFICATION OF SCHEDULING ORDER** |

WHEREAS, on September 29, 2014 the Court entered a notice resetting Defendants' Motion to Dismiss for Lack of Jurisdiction for December 11, 2014, and also resetting a Case Management Conference for December 11, 2014 with a Case Management Statement due by December 4, 2014 (ECF No. 166); and

WHEREAS the parties have conferred and reached an amicable agreement on modifications to the schedule ordered by the Court on September 29;

NOW, THEREFORE, the parties agree as follows, and respectfully request that the Court sign and enter this Stipulated Modification of Scheduling Order as an Order of the Court:

1. The Case Management Conference shall be rescheduled for January 29, 2015 at 9:30 a.m.;
2. The Case Management Statement shall be due on January 22, 2015;
3. In all other respects the Court's September 29 notice remains in effect.

Respectfully submitted,

DATED: December 3, 2014

*s/ Sarah H. Burt*
J. MARTIN WAGNER
SARAH H. BURT
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Tel.: (415) 217-2000
Fax: (415) 217-2040
mwagner@earthjustice.org
sburt@earthjustice.org
*Counsel for Plaintiffs*

SAM HIRSCH
Acting Assistant Attorney General
*s/ Peter Kryn Dykema*
PETER KRYN DYKEMA (D.C. Bar # 419349)
Trial Attorney, U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-0436
Fax: (202) 305-0506
Peter.dykema@usdoj.gov
*Counsel for Defendants*

SO ORDERED, this __3rd__ day of __December__, 2014

_____
United States District Judge Edward M. Chen

IT IS SO ORDERED

STIPULATED MODIFICATION OF SCHEDULING O...
CASE NO. 3:03-cv-4350-EMC                                                                                                   2