UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>CHUCK HAGEL, *et al.*,<br><br>        Defendants.<br>_____/ | No. C-03-4350 EMC<br><br>**ORDER RE SUPPLEMENTAL BRIEFING** |

      At the December 12, 2014, hearing on the Government's motion to dismiss, Docket No. 163, counsel for Plaintiffs suggested (for the first time) that this Court has the power to grant Plaintiffs a "limited" injunction that would have no effect on the DoD's construction of the Futenma Replacement Facility (FRF) in Japan or upon the Japanese government. For instance, Plaintiffs suggested that an injunction could be narrowly tailored to require merely that the DoD solicit public comment from American citizens, as opposed from Japanese citizens.

      Because Plaintiffs only suggested the possibility of "limited" injunctive relief at the December 12 hearing, the Government has not had an adequate opportunity to respond to this

///
///
///
///
///

argument. Accordingly, the Government is hereby **ORDERED** to file a supplemental brief addressing Plaintiffs' request for a limited injunction by 5:00 p.m., January 5, 2015. The Government's brief may not exceed ten (10) pages in length.

    IT IS SO ORDERED.

Dated: December 16, 2014

                                                _____
                                                EDWARD M. CHEN
                                                United States District Judge