# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

CENTER FOR BIOLOGICAL DIVERSITY; TURTLE ISLAND RESTORATION NETWORK; JAPAN ENVIRONMENTAL LAWYERS FEDERATION; SAVE THE DUGONG FOUNDATION; ANNA SHIMABUKURO; TAKUMA HIGASHIONNA; and YOSHIKAZU MAKISHI,

    Plaintiffs,

v.

JAMES MATTIS, in his official capacity as the Secretary of Defense; and US Department of Defense,

    Defendants.

Civil Action No. 3:03-cv-4350 (EMC)

**STIPULATION MODIFYING DEADLINE FOR COMPILATION OF ADMINISTRATIVE RECORD**

Motion Hearing Set For
May 24, 2018 at 1:30 pm
Courtroom 5, 17th Floor

(National Historic Preservation Act, 16 U.S.C. §§ 470 *et seq.*)

On October 31, 2017, the Parties filed a Joint Status Report and Stipulated Briefing Schedule stipulating that the Government would file the administrative record no later than December 22, 2017, and Plaintiffs would file objections to the administrative record by January 26, 2018. The Parties also agreed to a briefing schedule for cross-motions for summary judgment commencing with Plaintiffs' motion on February 23, 2018, and concluding with Defendants' reply on May 4, 2018. (Dkt. 203). On November 9, 2017, the Court entered a minute order adopting the schedule on cross-motions for summary judgment and setting a motions hearing for May 24, 2018, at 1:30 pm. (Dkt. 207).

On December 28, 2017, the Government filed notice that on December 21, 2017, they mailed copies of the administrative record to the Clerk of Court's Office and to Plaintiffs' counsel. (Dkt. 210).

After reviewing the documents in the record and discussing with Plaintiffs, on January 22, 2018, Plaintiffs' counsel contacted counsel for the Government to arrange a telephone meeting to discuss Plaintiffs' questions about the contents of the record. On January 25, 2018, counsel for the

Parties spoke by telephone. Plaintiffs raised questions regarding five groups of documents. The Government is currently working on providing answers to these questions.

The Parties will continue to meet and confer in an effort to resolve these questions amicably and stipulate that the time for Plaintiffs to file objections to the record be extended until February 9, 2018, to provide time for the Parties to seek agreement. The Parties agree that if Plaintiffs' questions cannot be resolved without the Court's intervention, the Parties will submit for the Court's consideration a separate briefing schedule for any administrative record motions, and that the briefing schedule adopted on November 9, 2017, may be amended to stay briefing on summary judgment until any administrative record motions are resolved.

Dated: January 26, 2018.

    Respectfully submitted,

*/s/ Sarah H. Burt*
SARAH H. BURT (CA Bar # 250378)
J. MARTIN WAGNER (CA Bar # 190049)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Tel.: (415) 217-2000
Fax: (415) 217-2040
sburt@earthjustice.org
mwagner@earthjustice.org
*Attorneys for Plaintiffs Center for Biological Diversity, et al.*

JEFFREY H. WOOD
Acting Assistant Attorney General

*/s/ Peter Kryn Dykema*
PETER KRYN DYKEMA (D.C. Bar # 419349)
Trial Attorney, U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-0436
Fax: (202) 305-0506
Peter.Dykema@usdoj.gov
*Counsel for Federal Defendants James Mattis, et al.*


IT IS SO ORDERED
Judge Edward M. Chen