# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; TURTLE ISLAND RESTORATION NETWORK; JAPAN ENVIRONMENTAL LAWYERS FEDERATION; SAVE THE DUGONG FOUNDATION; ANNA SHIMABUKURO; TAKUMA HIGASHIONNA; and YOSHIKAZU MAKISHI,<br><br>    Plaintiffs,<br><br>v.<br><br>JAMES MATTIS, in his official capacity as the Secretary of Defense; and US Department of Defense,<br><br>    Defendants. | Civil Action No. 3:03-cv-4350 (EMC)<br><br>**STIPULATION MODIFYING DEADLINE FOR COMPILATION OF ADMINISTRATIVE RECORD AND STAYING BRIEFING SCHEDULE**<br><br>Motion Hearing Set For<br>May 24, 2018 at 1:30 pm<br>Courtroom 5, 17th Floor<br><br>(National Historic Preservation Act, 16 U.S.C. §§ 470 *et seq.*) |

On January 26, 2018, the Parties filed a Stipulation Modifying the Deadline for Compilation of the Administrative Record (Dkt. 211) updating the Court on progress towards agreement on the administrative record and stipulating that the time for Plaintiffs to file objections to the record be extended until February 9, 2018 to allow the parties to continue to meet and confer in an effort to resolve outstanding questions. The Parties agreed that if Plaintiffs' questions cannot be resolved without the Court's intervention, the Parties will submit for the Court's consideration a separate briefing schedule for any administrative record motions, and that the briefing schedule adopted on November 9, 2017 (Dkt. 207) may be amended to stay briefing on summary judgment until any administrative record motions are resolved. On February 1, 2018, the Court entered an order adopting the Parties' stipulation (Dkt. 212).

On January 25, 2018, Counsel for Plaintiffs submitted to Counsel for the Government questions regarding five groups of documents. On February 7, 2018 the Government provided Plaintiffs' Counsel with answers to these questions. The Plaintiffs are currently reviewing these answers. With regards to one group of documents, the Parties are considering a protective order that would allow disclosure but have not yet reached agreement on the terms.

STIPULATION MODIFYING DEADLINE FOR COMPILATION OF ADMINISTRATIVE RECORD AND STAYING BRIEFING SCHEDULE
CASE NO. 3:03-cv-4350-EMC                                                                                                       1

The Parties now stipulate that the time for filing objections to the record be further postponed until March 2, 2018, to allow the Parties to continue to seek agreement, and that the briefing schedule for substantive motions be amended to stay briefing on summary judgment until any administrative record motions are resolved. The Parties request that the May 24, 2018 hearing date be cancelled pending agreement on an amended briefing schedule.

Dated: February 9, 2018.

Respectfully submitted,

*/s/ Sarah H. Burt*
SARAH H. BURT (CA Bar # 250378)
J. MARTIN WAGNER (CA Bar # 190049)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Tel.: (415) 217-2000
Fax: (415) 217-2040
sburt@earthjustice.org
mwagner@earthjustice.org

*Attorneys for Plaintiffs Center for Biological Diversity, et al.*

JEFFREY H. WOOD
Acting Assistant Attorney
Environment and Natural Resources Division General

*/s/ Peter Kryn Dykema*
PETER KRYN DYKEMA (D.C. Bar # 419349)
TAYLOR N FERRELL (D.C. Bar # 498260)
Trial Attorneys
Natural Resources Section
601 D Street, NW
Washington, D.C. 20004
Dykema Tel.: (202) 305 0436
Ferrell Tel.: (202) 305-0874
Fax: (202) 305-0506
Peter.Dykema@usdoj.gov
Taylor.Ferrell@usdoj.gov

*Counsel for Federal Defendants*

```
IT IS SO ORDERED.
Parties shall
e-file an updated
briefing and hearing
schedule by 2/28/18.
```

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

STIPULATION MODIFYING DEADLINE FOR COMPLIATION OF ADMINISTRATIVE RECORD AND STAYING BRIEFING SCHEDULE
CASE NO. 3:03-cv-4350-EMC                                                                                              2