|   |   |
|---|---|
| 1 | **IN THE UNITED STATES DISTRICT COURT** |
| 2 | **FOR THE NORTHERN DISTRICT OF CALIFORNIA** |
|   | **SAN FRANCISCO DIVISION** |

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; TURTLE ISLAND RESTORATION NETWORK; JAPAN ENVIRONMENTAL LAWYERS FEDERATION; SAVE THE DUGONG FOUNDATION; ANNA SHIMABUKURO; TAKUMA HIGASHIONNA; and YOSHIKAZU MAKISHI,<br><br>    Plaintiffs,<br><br>    v.<br><br>JAMES MATTIS, in his official capacity as the Secretary of Defense; and US Department of Defense,<br><br>    Defendants. | Civil Action No. 3:03-cv-4350 (EMC)<br><br>ORDER (modified)<br>**STIPULATED BRIEFING SCHEDULE**<br><br>Motion Hearing Set For<br>May 24, 2018 at 1:30 pm<br>Courtroom 5, 17th Floor<br><br>(National Historic Preservation Act, 16 U.S.C. §§ 470 *et seq.*) |

On February 13, 2018, the Court entered an order modifying the deadline for compilation of the administrative record and staying the briefing schedule for substantive motions to allow the Parties to negotiate a protective order that would allow Defendants to release certain information withheld from the record. (Dkt. 214). On March 1, 2018, the Court ordered that the hearing scheduled for May 24, 2018 remain in place until the Parties file an updated briefing schedule and hearing schedule. The Parties agree to the following schedule for briefing substantive motions, with the understanding that if issues concerning the protective order arise that require the Court's intervention, this schedule may be amended:

1. Plaintiffs' motion for summary judgment shall be due on April 27, 2018.

2. Defendants' opposition and cross motion for summary judgment shall be due on May ~~25~~ 11, 2018.

3. Plaintiffs' opposition and reply shall be due on J~~une 28~~ May 25, 2018.

4. Defendants' reply shall be due on Ju~~ly 27~~ June 1, 2018.[1]

---

[1] Lead counsel for Defendants is scheduled to be in trial the week of July 9, 2018. In order to avoid conflict with counsel's trial obligations, the Parties have agreed to extend the time respectively allocated for Plaintiffs' opposition and reply and for Defendants' reply.

STIPULATED BRIEFING SCHEDULE
CASE NO. 3:03-cv-4350-EMC      1

5. A hearing on the motions on ~~September 6,~~ June 28 2018.

Dated: March 9<u>th</u>, 2018.

Respectfully submitted,

*/s/ Sarah H. Burt*
SARAH H. BURT (CA Bar # 250378)
J. MARTIN WAGNER (CA Bar # 190049)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Tel.: (415) 217-2000
Fax: (415) 217-2040
sburt@earthjustice.org
mwagner@earthjustice.org

*Attorneys for Plaintiffs Center for Biological Diversity, et al.*

JEFFREY H. WOOD
Acting Assistant Attorney
Environment and Natural Resources Division General

*/s/ Taylor N Ferrell*
TAYLOR N FERRELL (D.C. Bar # 498260)
PETER KRYN DYKEMA (D.C. Bar # 419349)
Trial Attorney, U.S. Department of Justice Environment and Natural Resources Section
601 D Street, NW
Washington, D.C. 20004
Dykema Tel.: (202) 305 0436
Ferrell Tel.: (202) 305-0874
Fax: (202) 305-0506
Taylor.Ferrell@usdoj.gov
Peter.Dykema@usdoj.gov

*Counsel for Federal Defendants*

PURSUANT TO STIPULATION, IT IS SO ORDERED (as modified above) this 9th day of March, 2018

_____
United States District Judge Edward M. Chen

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATED BRIEFING SCHEDULE
CASE NO. 3:03-cv-4350-EMC

2