# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

CENTER FOR BIOLOGICAL DIVERSITY; TURTLE ISLAND RESTORATION NETWORK; JAPAN ENVIRONMENTAL LAWYERS FEDERATION; SAVE THE DUGONG FOUNDATION; ANNA SHIMABUKURO; TAKUMA HIGASHIONNA; and YOSHIKAZU MAKISHI,

    Plaintiffs,

v.

JAMES MATTIS, in his official capacity as the Secretary of Defense; and US Department of Defense,

    Defendants.

Civil Action No. 3:03-cv-4350 (EMC)

Hearing Date: June 28, 2018
Time: 1:30 pm
Courtroom: 5

**JOINT STIPULATION REQUESTING STAY OF BRIEFING ON REMEDY**

(National Historic Preservation Act, 16 U.S.C. §§ 470 *et seq.*)

1. On March 9, 2018, the Court entered an Order adopting, with modifications, the parties' proposed briefing schedule in this matter. ECF No. 218. The proposed briefing schedule submitted by the Parties did not address briefing on remedy.

2. On April 28, 2018, Plaintiffs filed their Motion for Summary Judgment (ECF No. 221), on May 11, 2018, Defendants filed their Opposition and Cross-motion for Summary Judgment (ECF No. 222), and on May 25, 2018, Plaintiffs filed their reply brief (ECF No. 223). Defendants' reply brief is due on June 1, 2018.

3. The parties' respective opening briefs each referenced Plaintiffs' request "to enjoin DoD from taking actions in furtherance of the FRF project until DoD remedies the flaws in its process," but neither party included in its brief substantive arguments addressing Plaintiffs' requested injunction.

4. The parties have conferred and agree that it is in the best of interest of the efficient disposition of this case for the parties to reserve further arguments on the appropriate remedy until after this Court has ruled on the merits of Plaintiffs' National Historic Preservation Act claim.

5. The parties respectfully request that the Court defer consideration of Plaintiffs'

STIPULATION REQUESTING STAY OF REMEDY BRIEFING
CASE NO. 3:03-cv-4350-EMC      1

request for injunctive relief and that the Court order the parties to propose a separate briefing schedule on the appropriate remedy, if Plaintiffs prevail on their Motion for Summary Judgment.

Dated: May 31, 2018.

Respectfully submitted,

*/s/ Sarah Burt  (by consent, TNF)*
SARAH H. BURT (CA Bar # 250378)
J. MARTIN WAGNER (CA Bar # 190049)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Tel.: (415) 217-2000
Fax: (415) 217-2040
sburt@earthjustice.org
mwagner@earthjustice.org

*Attorneys for Plaintiffs Center for Biological Diversity, et al.*

JEFFREY H. WOOD
Acting Assistant Attorney
Environment and Natural Resources Division General

*/s/ Taylor Ferrell*
PETER KRYN DYKEMA (D.C. Bar # 419349)
TAYLOR N FERRELL (D.C. Bar # 498260)
Trial Attorney, U.S. Department of Justice Environment and Natural Resources Section
601 D Street, NW
Washington, D.C. 20004
Dykema Tel.: (202) 305 0436
Ferrell Tel.: (202) 305-0874
Fax: (202) 305-0506
Taylor.Ferrell@usdoj.gov
Peter.Dykema@usdoj.gov

*Counsel for Federal Defendants*

PURSUANT TO STIPULATION, IT IS SO ORDERED this __31st__ day of __May_____, 2018

_____
United States District Judge Hon. Edward M. Chen

STIPULATION REQUESTING STAY OF REMEDY BRIEFING
CASE NO. 3:03-cv-4350-EMC